UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COURTNEY DAWSON,

    Plaintiff,

    v.

UBER TECHNOLOGIES INC.,

    Defendant.

Case No. 20-cv-06736-DMR

**ORDER TO SHOW CAUSE**

On December 10, 2020, the court issued an order continuing the initial case management conference to January 6, 2021. The court ordered the parties to submit a joint case management statement by December 30, 2020. [Docket No. 14.] The parties failed to file the joint case management statement. On January 4, 2021, the court issued a clerk's notice directing the parties to file the statement by 4:00 p.m. the same day. [Docket No. 15.] No statement has been filed. Therefore, IT IS HEREBY ORDERED that by January 8, 2021, Plaintiff shall submit a statement explaining why she should not be sanctioned for failing to file a case management statement and failing to comply with the January 4, 2021 clerk's notice. The initial case management conference is CONTINUED to March 3, 2021 at 1:30 p.m. The joint case management statement is due by February 24, 2021.

**IT IS SO ORDERED.**

Dated: January 4, 2021



_____
Donna M. Ryu
United States Magistrate Judge