UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY DAWSON,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES INC.,<br><br>   Defendant. | Case No. 3:20-cv-06736-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. Nos. 49, 50 |

In response to my order on September 1, 2022, requiring the parties to file a status report, [Dkt. No. 48], plaintiff Courtney Dawson filed a notice to voluntarily dismiss this case under Federal Rule of Civil Procedure ("F.R.C.P.") 41(a)(1), which provides for dismissal without prejudice. [Dkt. No. 49]. Defendant Uber Technologies filed a status report requesting dismissal of the case with prejudice for failure to prosecute, [Dkt. No. 50] ("Status Report").

In May 2021, I granted Uber's motion to compel arbitration in this case. [Dkt. No. 45]. Over the following seventeen months, according to Uber, Dawson failed to move this case forward or initiate arbitration proceedings, even with prompting and reminders from Uber. *See* Status Report at 2. Uber represented, and the court filings confirm, that Dawson failed to participate in joint status reports over the last year. *See id.*; *see also* [Dkt. No. 47]. Considering the time and resources expended on this case by the court and the defendant, Dawson's repeated failure to participate in this litigation, and her failure to comply with the arbitration order, Dawson is ORDERED TO SHOW CAUSE why this case should not be dismissed under F.R.C.P. 41(b) for failure to prosecute.

Dawson may file a declaration and memorandum within fourteen days demonstrating why this case should not be dismissed with prejudice. Uber shall have seven days to respond. I will

decide this issue after that time.  If Dawson fails to file the requested declaration and memorandum, the case will be dismissed under F.R.C.P. 41(b).

**IT IS SO ORDERED.**

Dated: October 6, 2022



WILLIAM H. ORRICK
United States District Judge